UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAMYAR JAHANRAKHSHAN,<br><br>Defendant. | CASE NO. 2:23-cr-00093-JHC-1<br><br>ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE |

    Before the Court is Defendant Kamyar Jahanrakhshan's motion for early termination of supervised release. Dkt. # 4. Plaintiff the United States of America ("the Government") and United States Probation and Pretrial Services ("USPO") oppose the motion, citing concerns regarding Jahanrakhshan's lack of accountability for his underlying crimes and certain problematic interactions that he has had with the U.S. Department of Justice and news media. Dkt. ## 6, 8. The Court has reviewed Jahanrakhshan's request, the Government and USPO's opposition, pertinent portions of the record, and the governing law. Being fully advised, the court DENIES Jahanrakhshan's motion.

    The Court is pleased to learn of the progress that Jahanrakhshan has made since his release from custody and recognizes that he has performed positively and made commendable

ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE - 1

strides while under supervision. However, given the circumstances outlined by the Government and USPO in opposition to his motion, the Court would prefer to see Jahanrakhshan complete the remainder of his supervision, which is currently set to expire on November 21, 2024.

Therefore—after considering the factors set forth in section 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—the Court concludes that Jahanrakhshan's conduct and the interests of justice do not support early termination. *See* 18 U.S.C. 3583(e)(1). For the foregoing reasons, the Court DENIES Jahanrakhshan's motion for early termination of supervised release. Dkt. # 4.

Dated this 23rd day of January, 2024.

*John H. Chun*
John H. Chun
United States District Judge