UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAMYAR JAHANRAKHSHAN,<br><br>Defendant. | CASE NO. 2:23-cr-00093-JHC-1<br><br>ORDER |

Before the Court is Defendant's Motion to Obtain Permission to Travel. Dkt. 10. The Government does not oppose the motion, "assuming [Defendant] provides his Probation Officer with more details about his trip." Dkt. # 12. The Court GRANTS the motion as follows: Defendant may travel to Vancouver, B.C., Canada, for seven to ten days to visit his ailing relative there. Not less than seven days before he departs, Defendant must inform his Probation Officer with details about the trip, including dates, mode(s) of transportation to and from Vancouver, and where he will stay.

/

/

/

ORDER - 1

Dated this 20th day of February, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2